No. 85–652. Stone *v.* Merit Systems Protection Board et al. C. A. D. C. Cir. Certiorari denied.

No. 85–658. Morganstern et al. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 85–671. Pruessner et al. *v.* Benton, Superintendent of Public Instruction, et al. Sup. Ct. Iowa. Certiorari denied.

No. 85–672. Cohran *v.* Carlin et al. Sup. Ct. Ga. Certiorari denied.

No. 85–677. Negrito Comercial, S.A. *v.* Sea-Land Service, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 85–678. United Pacific Insurance Co. et al. *v.* Aniero Concrete Co., Inc. Super. Ct. N. J., App. Div. Certiorari denied.

No. 85–692. Shuba *v.* Austintown Board of Education. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 85–711. Pasco *v.* Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 85–721. Stetz, Personal Representative of the Estate of Attwood *v.* Grant. C. A. 4th Cir. Certiorari denied.

No. 85–723. Motta *v.* Samuel Weiser, Inc. C. A. 1st Cir. Certiorari denied.

No. 85–730. Farkas *v.* New York State Department of Health. C. A. 2d Cir. Certiorari denied.

No. 85–737. Pinney Dock & Transport Co. et al. *v.* Penn Central Corp. C. A. 3d Cir. Certiorari denied.

No. 85–745. Hazelwood et ux. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 85–760. Hafner *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.